RECEIVED
APR 28 2003
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
APR 28 2003
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CLAIBORNE PARISH POLICE JURY | ) ) |
| Defendant. | ) ) |

CV03 - 0754 - S

CIVIL ACTION NO.
JUDGE WALTER
COMPLAINT
MAGISTRATE JUDGE PAYNE
JURY TRIAL DEMAND

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis age and to provide appropriate relief to Roger Ellerbe. The Commission alleges that, in April 2001, Roger Ellerbe, then age 56, was denied a promotion to an available position to which he applied and for which he was qualified by the Claiborne Parish Police Jury, ("Defendant" or "Police Jury"), because of his age.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.



1

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Louisiana, Shreveport Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. §626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant Claiborne Parish Police Jury has continuously been a political subdivision of the State of Louisiana, and an instrumentality of Claiborne Parish, State of Louisiana.

5. At all relevant times, Defendant Claiborne Parish Police Jury has continuously been an employer within the meaning of Sections 11(b) of the ADEA, 29 U.S.C. § 630(b).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. §626(b).

## STATEMENT OF CLAIMS

7. Since on or about April 1, 2001, the Defendant Employer has engaged in unlawful employment practices in Homer, Louisiana, in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1). The unlawful practices consist of denying Roger Ellerbe, then age 56, a promotion to an available position based upon Defendant's impermissible age considerations. Defendant's implementation of its policy of impermissible age considerations in the promotion process deprived Ellerbe of equal employment opportunities and otherwise adversely affected his status as an employee because of his age.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Roger Ellerbe of equal employment opportunities and otherwise adversely affect his status as an employee, because of his age.

7. The unlawful employment practices complained of in paragraph 7 above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Claiborne Parish Police Jury, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in age discrimination in the promotion process and engaging in any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant Claiborne Parish Police Jury to institute and carry out policies, practices, and programs which provide equal employment opportunities for

individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant Claiborne Parish Police Jury to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest, to individuals whose wages are being unlawfully withheld as a result of the actions complained of above, including but not limited to Roger Ellerbe.

D. Order Defendant Claiborne Parish Police Jury to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful place promotion of Roger Ellerbe.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

GWENDOLYN YOUNG REAMS
Associate General Counsel
No Bar Roll Number Assigned
EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_____
KEITH T. HILL
Regional Attorney
Bar Roll No. 15200000


_____
JEFFREY AGULAR
Supervisory Trial Attorney
Bar Roll No. 02355


_____
PAMELA ALFRED-GEORGE
Senior Trial Attorney
La Bar Roll No. 16784


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
New Orleans District Office
701 Loyola Avenue, Suite 600
New Orleans, Louisiana 70113-9936
Telephone:   (504) 589-6817 (Hill)
             (504) 589-6950 (Agular)
             (504) 589-2011(Alfred-George)
Facsimile:   (504) 589-2805



Please Serve:

Registered Agent for Service of Process

Weldon Kilpatrick
President
Claiborne Parish Police Jury
514 East Main Street
Homer, Louisiana 71040